## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

RANDY INGLES,                         )
        Plaintiff,              )         Civil Action No. 04-794-JPG
                         )
                         )
                         )
                         )
JO ANNE BARNHART,         )
COMMISSIONER OF            )
SOCIAL SECURITY,             )
        Defendant.        )

## JUDGMENT

This matter having come before the Court and the Court having considered the parties' stipulation to remand,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Randy Ingles and against the defendant Commissioner of Social Security; that the decision of the defendant Commissioner of Social Security is reversed; that this case is remanded to the defendant  Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**NORBERT JAWORSKI**

**Date:  September 14, 2005**          **S/Deborah Agans, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**